≈AO 133   (Rev. 8/06) Bill of Costs

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/11

# UNITED STATES DISTRICT COURT

Southern District of New York

JERMAINE NIBBS

V.

THE CITY OF NEW YORK

## BILL OF COSTS

Case Number: 10 Civ. 3799 (VM)

Judgment having been entered in the above entitled action on 9/29/2011 against JERMAINE NIBBS,
the Clerk is requested to tax the following as costs:

DOCKETED AS A JUDGMENT #11,2221 ON 11/17/11

| Item | Amount |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on page two) | 80.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | 20.00 |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) ...... DEPOSITION | 1,216.40 |
| TOTAL | $ 1,316.40 |

Submitting Party Having Appeared and No Opposition Having Been Submitted.

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _Brian J. Farrar_

Name of Attorney: Brian J. Farrar, Assistant Corporation Counsel

For: The City of New York                              Date: 10/24/11
       Name of Claiming Party

Costs are taxed in the amount of  $ 1,316.40                     and included in the judgment.

Ruby J. Krajick                   By: _____       11/17/11
Clerk of Court                          Deputy Clerk                  Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JERMAINE NIBBS,

                                Plaintiff(s),

-against-

THE CITY OF NEW YORK, ET AL.,

                                Defendant(s).

Ind. No. 10 Civ. 3799 (VM)
NOTICE OF APPLICATION
FOR COSTS SOUGHT AGAINST
PLAINTIFF
JERMAINE NIBBS

---

**PLEASE TAKE NOTICE** that, upon defendants' bill of costs, the declaration of Brian J. Farrar, dated October 24, 2011 and exhibit annexed thereto, and all other pleadings and proceedings herein, defendants will move this Court before the Judgment Clerk, at the United States Courthouse, for the Southern District of New York, located at 500 Pearl Street Room 120, New York, New York at 10.00 a.m. on November 17, 2011, or as soon thereafter as counsel may be heard for an order pursuant to Rule 54 of the Federal Rules of Civil Procedure and 28 U.S.C. 1921 granting fees and costs sought by defendants and granting such relief as to this Court deems proper.

Dated:      New York, New York
              October 24, 2011

                                MICHAEL A. CARDOZO
                                Corporation Counsel of the City of New York
                                Attorney for Defendants
                                100 Church Street New York, NY 10007
                                (212) 341-0797

                         By: _____
                                Brian J. Farrar
                                Assistant Corporation Counsel

To: **Gerald M. Cohen, ESQ.**
     Cohen & Fitch, LLP
     225 Broadway, Suite 2700
     New York, NY 10007

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

I, Valery Dekhman, being duly sworn, deposes and says that on October 24, 2011, I served copies of the Bill of Costs; Notice of Application for Costs Sought Against Plaintiff; the Judgment; Declaration of Brian J. Farrar in Support of Defendants' Motion for Costs pursuant to Fed. R. Civ. P. 54; 2 Subpoenas in Civil Case; 2 Copies of the checks; Invoice # 11032210501 upon **Gerald M. Cohen, ESQ.,** the attorney for the Plaintiff **JERMAINE NIBBS**, by deposing copies of same, enclosed in a postpaid properly addressed envelope, in a post office box/official depository under exclusive care and custody of the United States Postal Service, located at 100 Church Street, New York, New York 10007, directed to said Attorney at Cohen & Fitch, LLP 225 Broadway, Suite 2700 New York, NY 10007

_____
VALERY DEKHMAN

Sworn to before me this

_____ day of October, 2011

_____
NOTARY PUBLIC

MICHAEL J. MAY
Notary Public, State of New York
No. 24-4904296
Qualified in Kings County
Commission Expires March 30, 2014

1

≈AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||||
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
|  | Days | Total Cost | Days | Total Cost | Miles | Total Cost |  |
| Leticia Taveras, F-E-G-S We CARE, 315 Hudson Street New York, NY 10013 | 1 | 40.00 |  |  |  |  | $40.00 |
| Lori Ann Farrington, 198 East 161st Street Bronx, NY 10451 | 1 | 40.00 |  |  |  |  | $40.00 |
|  |  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  | TOTAL | $80.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JERMAINE NIBBS,

                                Plaintiff,

-against-

DET. GEORGE GOULART and
UNDERCOVER OFFICER # 0077,

                                Defendants.

**DECLARATION OF BRIAN J. FARRAR IN SUPPORT OF DEFENDANTS' MOTION FOR COSTS PURSUANT TO FED. R. CIV. P. 54**

10 Civ. 3799 (VM)

------------------------------------------------------------------------ x

        **BRIAN J. FARRAR** declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

        1.     I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants Detective George Goulart and Undercover Officer #77. As such I am familiar with the facts set forth below.

        2.     This declaration is submitted in support of defendants' motion for costs pursuant to Federal Rules of Civil Procedure 54, Local Civil Rule 54.1 and 28 U.S.C. §§ 1821, 1920, 1923, and 1924.

        3.     On May 10, 2010, plaintiff filed the instant action pursuant to 42 U.S.C. § 1983 alleging, inter alia, federal claims of false arrest, malicious prosecution, and denial of a right to a fair trial. In addition, plaintiff alleged a claim of municipal liability against the City of New York, pursuant to Monell v. City of N.Y. Dep't of Social Servs., 436 U.S. 658 (1978).

        4.     During discovery, defendants incurred costs totaling $ 1,216.40 to take the deposition of plaintiff Jermaine Nibbs on March 22, 2011. A copy of the deposition invoice is attached as Exhibit "A."

        5.     The transcript of the deposition of plaintiff Jermaine Nibbs was used at trial and is therefore taxable pursuant to Local Rule 54.1(c)(2).

6. On September 19, 2011, a jury trial commenced before the Honorable Victor Marrero, United States District Judge.

7. On September 22, 2011, the jury returned a verdict in favor of defendants, on all claims. (See Docket Entry No. 47, Judgment Order, dated September 29, 2011, attached as Exhibit "B").

8. Further, defendants are entitled to an additional $20.00 pursuant to 28 U.S.C. § 1923.

9. Defendants are also entitled to witness fees in the amount of $40.00 as follows: $40.00 for nonparty witness Leticia Taveras; and $40.00 for nonparty witness Lori Ann Farrington. Copies of the related invoices are attached collectively as Exhibit "C."

11. Thus, the total costs pursuant to Local Rule 54.1 incurred by defendants in the defense of this action is $1,316.40.

- 3 -

12.     The aforementioned costs are allowable by law, are correctly stated and were necessarily incurred pursuant to Local Rule 54.1.

Dated:      New York, New York
            October 24, 2011

                                                    _____
                                                    BRIAN J. FARRAR
                                                    Assistant Corporation Counsel

# EXHIBIT B

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JERMAINE NIBBS,

               Plaintiff,                      10 **CIVIL** 3799 (VM)

      -against-                      **JUDGMENT**

THE CITY OF NEW YORK, et al.,
                      Defendants.
------------------------------------------------------X

      Whereas a jury at the conclusion of trial of this action on September 22, 2011 having rendered a verdict, and the matter having come before the Honorable Victor Marrero, United States District Judge, and on September 23, 2011 having rendered it Order directing the Clerk of the Court to enter judgment dismissing the complaint of plaintiff Jermaine Nibbs against the named defendants, and to terminate any pending motions and close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 23, 2011, the complaint of plaintiff Jermaine Nibbs against the named defendants are dismissed; accordingly, the case is closed.

DATED: New York, New York
September 29, 2011

                                          **RUBY J. KRAJICK**

                                              Clerk of Court

                          BY:

                                                Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

# EXHIBIT C



# Diamond Reporting, Inc.
16 Court Street • Suite 907 • Brooklyn, NY 11241
T: 718.624.7200 • F: 718.855.1772 • www.diamondreporting.com

NEW YORK CITY LAW DEPARTMENT
PIN # 02507X100A17
100 CHURCH STREET, FISCAL SECTION-ROOM 5-121
NEW YORK, NY 10007

RAJU SUNDARAN, ESQ.

NIBBS, JERMAINE VS CITY OF NEW YORK, DET.GEORGE
GOULART, SGT.EDWARD WYNNE, ETAL
INDEX NO: 10-CV-3799    FILE NO: 2010-020583-SR

INVOICE NO.: 11032210501
INVOICE DATE: 4/5/2011

REPORTER:
KIYOKO PANZELLA

TAX ID #: 11-266-5545
BILLER ID: SS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/22/2011 | EXAM. BEFORE TRIAL OF THE PLF., JERMAINE NIBBS 328PP | |
| | ORIGINAL & 2 COPIES - YOUR CHARGE | 1,197.20 |
| | APPEARANCE (AM & PM) YOUR CHARGE | 52.00 |
| | CONTROL #: O0000451 | |

I certify that the articles and services specified on this invoice have been received and verified as to the quality and quantity.

SUB TOTAL $1,249.20
PAID $0.00
BALANCE DUE $1,249.20

APPROVED
By Raju Sundaran at 9:05 am, Apr 07, 2011

VOUCHERED
DATE: 04/21/11
INV. AMT. PAID: $1249.20
V# 11-4919
INV. # 110.322 (050)
SVS. PERIOD 03/22/11 TO 03/22/11
DIAMOND DEPOSITION CENTERS
DET. OBJ. 6220
2011149637

RECEIVED FISCAL UNIT NYC LAW DEPT. 2011 APR -6 PM 2:40

NYC LAW DEPARTMENT 2011 APR -6 PM 12:18

2011 APR -7 AM 10:05

** PLEASE NOTE PAYMENT TERMS ARE NET 30 DAYS **
WE ACCEPT AMERICAN EXPRESS, VISA AND MASTERCARD.
PLEASE NOTE INVOICE NUMBER ON YOUR PAYMENT - THANK YOU
PLEASE RETURN THIS COPY WITH PAYMENT

Make checks payable to: Diamond Reporting, Inc.
☐ Visa  ☐ MC  ☐ Amex  ☐ Check

Credit Card #: _____
Exp. Date: _____  Security Code: _____
Name on Card: _____

New York Offices:
Manhattan, Brooklyn, Bronx,
Queens, Staten Island,
Mineola, White Plains
............
New Jersey Offices:
Englewood Cliffs, Marlton

AO 88 (11/91) Subpoena in a Civil Case

# United States District Court

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

| | |
|---|---|
| Jermaine Nibbs | **SUBPOENA IN A CIVIL CASE** |
| V. | CASE NUMBER: 10CV3799 |
| Undercover #77, et al. | |

TO: Leticia Taveras
   F-E-G-S- WeCARE
   315 Hudson Street
   New York, New York 10013

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case

| PLACE OF TESTIMONY<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007 | COURTROOM<br>20 B, Hon. Victor Marrero |
|---|---|
| | DATE AND TIME<br>Tuesday, Sept. 20, 2011 at 10:00 a.m. |

[ ] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

[ ] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>*[signature]* Assistant Corporation Counsel<br>Attorney for Defendants | DATE<br>9/12/11 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Brian J. Farrar
N.Y.C. Law Department, 100 Church Street
New York, New York 10007 (212) 788-0467

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

```
                                                                                    1080593
ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

     CITY OF NEW YORK                         THE CHASE MANHATTAN BANK
        LAW DEPARTMENT                           NEW YORK, NY 10038
 EXPENSE IN RE EMPLOYEES, WITNESSES ETC.
         NEW YORK OFFICE                              1-2/210                9/6/2011
         NEW YORK, NY

PAY TO THE   Leticia Taveras                                              $  **40.00
ORDER OF

    Forty and 00/100***************************************************************
                                                                                DOLLARS

    Leticia Taveras                              CITY OF NEW YORK, LAW DEPARTMENT
    F-E-G-S WeCARE                         EXPENSE IN RE EMPLOYEES, WITNESS, ETC. NEW YORK OFFICE
    315 Hudson Street
    New York, NY 10013

MEMO                                                                   VOID AFTER 90 DAYS
    JERMAINE NIBBS

        ⑈1080593⑈ ⑆021000021⑆ 022101503 5⑈
```

Endorsement: Roberto Taveras

AO 88 (11/91) Subpoena in a Civil Case

# United States District Court

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

Jermaine Nibbs

**SUBPOENA IN A CIVIL CASE**

V.

CASE NUMBER: 10CV3799

Undercover #77, et al.

TO: ADA Lori Ann Farrington
    Office of the District Attorney, Bronx County
    198 East 161st Street
    Bronx, New York 10451

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| Southern District of New York | 20 B, Hon. Victor Marrero |
| 500 Pearl Street | DATE AND TIME |
| New York, NY 10007 | Tuesday, Sept. 20, 2011 at 10:00 a.m. |

[ ] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

[ ] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Assistant Corporation Counsel, Attorney for Defendants | 9/12/11 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Brian J. Farrar
N.Y.C. Law Department, 100 Church Street
New York, New York 10007  (212) 788-0467

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

```
                                                                              1080602
                                             THE CHASE MANHATTAN BANK
         CITY OF NEW YORK                    NEW YORK, NY 10039
           LAW DEPARTMENT
   EXPENSE IN RE EMPLOYEES, WITNESSES ETC.
          NEW YORK OFFICE                    1-2/210                9/13/2011
          NEW YORK, NY


  PAY TO THE   ADA Lori Ann Farrington                              $  **40.00
  ORDER OF

     Forty and 00/100*************************************************************
                                                                          DOLLARS

         ADA Lori Ann Farrington               CITY OF NEW YORK, LAW DEPARTMENT
         Office of the District Attorney    EXPENSE IN RE EMPLOYEES, WITNESS, ETC., NEW YORK OFFICE
         Bronx County
         198 E. 161st Street
  MEMO   Bronx, NY 10451
         JERMAINE NIBBS                                         VOID AFTER 90 DAYS


        ⑊1080602⑊   ⑊021000021⑊022101503 5⑊
```

11 SEP 13 AM 10:01
N.Y.C. LAW DEPARTMENT